

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>JUAN CARLOS FLORES<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:20-cr-00104-DOC<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _September 24_____, 2020____, at _9:00_____ ☒a.m. / ☐p.m. before the Honorable _JOHN D. EARLY, United States Magistrate Judge_____, in Courtroom _6A (Santa Ana) / by VTC_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _September 18, 2020_____   JOHN D. EARLY _____
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)   Page 1 of 1